UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUSTIN BROWN,   CASE NO.:  1:17-cv-305-MW-GRJ

    Plaintiff,

v.

LAWN ENFORCEMENT AGENCY,
INC. and MICHAEL TROIANO,

    Defendants.
_____ /

## RESPONSE TO MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT (DOC 7.)

Plaintiff, Austin Brown, responds to Defendants,' Lawn Enforcement Agency Inc. and Michael Troiano, Motion to Dismiss/Motion for Summary Judgment ("Motion") at Doc. 7 as follows:

Defendants' Motion seeks dismissal/summary judgment based on the factual allegation of his original complaint by claiming, in part, that it is "completely vague without statements of ultimate fact as to how [Defendant] is engaged in interstate commerce by engaging in the production of goods for interstate commerce, or works on goods or materials that have been moved in or produced for interstate commerce." *Id.* at Page 2. Plaintiff has now filed an amended complaint

per Rule 15(a)(1) mooting any issues raised in Defendants' Motion by adding additional details regarding facts supporting Defendants' FLSA coverage (*See, e.g.* paragraph 7 and Exhibits C, D and E to the Amended Complaint). In light of the amended complaint, which adds substantive allegations against the Defendants and the additional detail complained about in Defendants' Motion, the Motion should be denied as moot.

January 29, 2018

By /s/ Michael Massey
　Michael Massey
　Massey & Duffy, PLLC
　massey@352law.com
　855 E. Univ. Avenue
　Gainesville, Florida 32601
　FBN 153680

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered to counsel for Defendants electronically by filing the same with the Court's electronic filing system on this January 29, 2018.

By /s/ Michael Massey
Michael Massey