| PAY PERIOD | 12/28/2016 - 01/3/2017 | Pay Date: | 01/9/2017 |
|---|---|---|---|
| | | Total Hours: | 24.25 |

**EMPLOYER**
LAWN ENFORCEMENT AGENCY, INC.
P.O. BOX 141091
GAINESVILLE, FL 32614

**EMPLOYEE**
AUSTIN L. BROWN
AUSTIN L. BROWN



| NET PAY: | | $83.74 |
|---|---|---|
| CHECKING# … | | $83.74 |

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Hourly Regular Rate | 24.25 | $11.00 | $266.75 | $481.25 |
| Total | | | $266.75 | $481.25 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | ($3.87) | ($6.98) |
| Social Security Employee | ($16.54) | ($29.84) |
| Federal Withholding | $0.00 | $0.00 |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Total | ($20.41) | ($36.82) |

| AFTER-TAX ADJUSTMENTS | Current | YTD |
|---|---|---|
| UNIFORMS | ($162.60) | ($165.20) |
| Total | ($162.60) | ($165.20) |

EXHIBIT
B

| Net Pay | Current | YTD |
|---|---|---|
| | $83.74 | $279.23 |

Powered by Intuit Payroll