1/16/2017

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                  ********************

********************************************************************************

AUSTIN L. BROWN
459 SW JENNIFER CT
LAKE CITY, FL 32024

# NON-NEGOTIABLE

Pay Period: 01/04/2017 - 01/10/2017  Direct Deposit

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| AUSTIN L. BROWN, 459 SW JENNIFER CT, LAKE CITY, FL 32024 | | | | | | | | Fed-4/0/FL-0/0 |
| | | | | | Pay Period: 01/04/2017 - 01/10/2017 | | | Pay Date: 01/16/2017 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | |
| Hourly Regular Rate | | | 0.00 | 585.75 | | | | |
| | | | | | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | | |
| Federal Withholding | | | 0.00 | | | | | |
| Social Security Employee | | | 0.00 | -36.32 | | | | |
| Medicare Employee | | | 0.00 | -8.49 | | | | |
| | | | 0.00 | -44.81 | | | | |
| | | | | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| UNIFORMS | | | 100.00 | -67.80 | | | | |
| | | | | | | | | |
| Net Pay | | | 100.00 | 473.14 | | | | |
| | | | | | | | | |
| Direct Deposit | | | | Amount | | | | |
| Checking - | | | | 100.00 | | | | |
| | | | | | | | | |
| Memo | | | | | | | | |
| Direct Deposit | | | | | | | | |

LAWN ENFORCEMENT AGENCY, INC., P.O. BOX 141091 3523723175, LAWN ENFORCEMENT -- EIN: 59-3228836                     Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| AUSTIN L. BROWN, 459 SW JENNIFER CT, LAKE CITY, FL 32024 | | | | | | | | Fed-4/0/FL-0/0 |
| | | | | | Pay Period: 01/04/2017 - 01/10/2017 | | | Pay Date: 01/16/2017 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | |
| Hourly Regular Rate | | | 0.00 | 585.75 | | | | |
| | | | | | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | | |
| Federal Withholding | | | 0.00 | | | | | |
| Social Security Employee | | | 0.00 | -36.32 | | | | |
| Medicare Employee | | | 0.00 | -8.49 | | | | |
| | | | 0.00 | -44.81 | | | | |
| | | | | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| UNIFORMS | | | 100.00 | -67.80 | | | | |
| | | | | | | | | |
| Net Pay | | | 100.00 | 473.14 | | | | |
| | | | | | | | | |
| Direct Deposit | | | | Amount | | | | |
| Checking - ******6368 | | | | 100.00 | | | | |
| | | | | | | | | |
| Memo | | | | | | | | |
| Direct Deposit | | | | | | | | |

LAWN ENFORCEMENT AGENCY, INC., P.O. BOX 141091 3523723175, LAWN ENFORCEMENT -- EIN:                     Powered by Intuit Payroll

1/16/2017

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                    ********************

AUSTIN L. BROWN
459 SW JENNIFER CT
LAKE CITY, FL 32024

# NON-NEGOTIABLE

Pay Period: 01/04/2017 - 01/10/2017  Direct Deposit

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| AUSTIN L. BROWN, 459 SW JENNIFER CT, LAKE CITY, FL 32024 | | | | | | | |
| | | | | | Pay Period: 01/04/2017 - 01/10/2017 | | Pay Date: 01/16/2017 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
| Hourly Regular Rate | 9.50 | 11.00 | 104.50 | 585.75 | Direct Deposit | | |
| | | | | | | | |
| Taxes | | | Current | YTD Amount | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | |
| Federal Withholding | | | 0.00 | | | | |
| Social Security Employee | | | -6.48 | -36.32 | | | |
| Medicare Employee | | | -1.51 | -8.49 | | | |
| | | | -7.99 | -44.81 | | | |
| | | | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| UNIFORMS | | | -2.60 | -167.80 | | | |
| | | | | | | | |
| Net Pay | | | 93.91 | 373.14 | | | |
| | | | | | | | |
| Direct Deposit | | | | Amount | | | |
| Checking - ███ | | | | 93.91 | | | |
| | | | | | | | |
| Paid Time Off | | Earned | YTD Used | Available | | | |
| Vacation | | 0.00 | | 0.00 | | | |
| | | | | | | | |
| Memo | | | | | | | |

LAWN ENFORCEMENT AGENCY, INC., P.O. BOX 141091 3523723175, LAWN ENFORCEMENT -- EIN: 59-3228836          Powered by Intuit Payroll

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| AUSTIN L. BROWN, 459 SW JENNIFER CT, LAKE CITY, FL 32024 | | | | | | | |
| | | | | | Pay Period: 01/04/2017 - 01/10/2017 | | Pay Date: 01/16/2017 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
| Hourly Regular Rate | 9.50 | 11.00 | 104.50 | 585.75 | Direct Deposit | | |
| | | | | | | | |
| Taxes | | | Current | YTD Amount | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | |
| Federal Withholding | | | 0.00 | | | | |
| Social Security Employee | | | -6.48 | -36.32 | | | |
| Medicare Employee | | | -1.51 | -8.49 | | | |
| | | | -7.99 | -44.81 | | | |
| | | | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| UNIFORMS | | | -2.60 | -167.80 | | | |
| | | | | | | | |
| Net Pay | | | 93.91 | 373.14 | | | |
| | | | | | | | |
| Direct Deposit | | | | Amount | | | |
| Checking - ███ | | | | 93.91 | | | |
| | | | | | | | |
| Paid Time Off | | Earned | YTD Used | Available | | | |
| Vacation | | 0.00 | | 0.00 | | | |
| | | | | | | | |
| Memo | | | | | | | |

LAWN ENFORCEMENT AGENCY, INC., P.O. BOX 141091 3523723175, LAWN ENFORCEMENT -- EIN: ███          Powered by Intuit Payroll