UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUSTIN BROWN,                               CASE NO.: 1:17-cv-305-MW-GRJ

    Plaintiff,

v.

LAWN ENFORCEMENT AGENCY,
INC. and MICHAEL TROIANO,

    Defendants.
_____ /

**PLAINTIFF'S REQUEST TO ADMIT**

Pursuant to Rule 34, Fed.R.Civ.P., the Plaintiff AUSTIN BROWN (Plaintiff) propounds the following Requests to Produce to both Defendants LAWN ENFORCEMENT AGENCY, INC. and MICHAEL TROIANO (Defendants) and requests Defendant to admit or deny the following requests for admissions:

1. In the past 2 years, Defendants used Ford motor vehicles in the regular course of your business.

2. In the past 2 years, Defendants used GMC motor vehicles in the regular course of your business.

3. The motor vehicles Defendants used in the regular course of their business within the past 2 years were manufactured outside Florida.

4. The document attached hereto as Exhibit A was received by Defendants.

5. The document attached hereto as Exhibit A is a true and accurate copy of a letter to Defendants.

6. The document attached hereto as Exhibit B is a true and accurate copy of Plaintiff's pay stub.

7. The document attached hereto as Exhibit C is a true and accurate copy of Defendants' brochure.

8. The document attached hereto as Exhibit D is a true and accurate copy of Defendants' Debit Authorization.

9. The picture attached hereto as Exhibit E is a true and accurate copy of a truck used by Defendants in the regular course of its business and drive by two or more of their employees during the time Plaintiff worked for Defendants.

10. Plaintiff drove at least one or more trucks and/or vehicles for Defendants that were manufactured outside Florida.

11. The document attached hereto as Exhibit F is a true and accurate copy of emails between Defendant MICHAEL TROIANO and counsel for Plaintiff.

12. Defendants regularly employed two or more employees for the relevant time that handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce, thus making Defendants' business an enterprise covered under the Fair Labor Standards Act.

13. Defendants obtain, exchange, and sends/receives funds to and from outside of the State of Florida, use telephonic transmissions going outside of the State of Florida to conduct business, and transmits electronic information through computers, the internet, via email, and otherwise outside of the State of Florida.

14. Defendants' annual gross revenues are in excess of $500,000.00 during the time Plaintiff worked for them.

15. During the pay period from December 28, 2016 to January 3, 2017, Plaintiff worked 24.25 hours however he was only paid $83.74 for that pay period.

16. Defendant MICHAEL TROIANO is a sales manager and president of LAWN ENFORCEMENT AGENCY, INC.

17. Defendants never emailed or responded to Plaintiff or Defendant after the email chain identified in the attached Exhibit F until this lawsuit was filed.

18. In 2016, Defendant LAWN ENFORCEMENT AGENCY, INC. used trucks in its business that are manufactured outside Florida.

19. In 2017, Defendant LAWN ENFORCEMENT AGENCY, INC. used trucks in its business that are manufactured outside Florida.

20. In 2016, Defendant LAWN ENFORCEMENT AGENCY, INC. used vehicles in its business that are manufactured outside Florida.

21. In 2017, Defendant LAWN ENFORCEMENT AGENCY, INC. used vehicles in its business that are manufactured outside Florida.

22. In 2016, Plaintiff drove vehicles for Defendant that were manufactured outside Florida.

23. In 2017, Plaintiff drove vehicles for Defendant that were manufactured outside Florida.

February 7, 2018

By /s/ Michael Massey
    Michael Massey
    Massey & Duffy
    855 E. Univ. Avenue
    Gainesville, Florida 32601
    FBN 153680

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered via U.S. mail to counsel for Defendant on this February 13, 2018 to the following:

Juliette Koves

Case 1:17-cv-00305-MW-GRJ   Document 24-12   Filed 04/10/18   Page 4 of 4

de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP
332 N. Magnolia Ave.
PO Box 87
Orlando, FL 32802
jkoves@dsklawgroup.com

By /s/ Michael Massey
Michael Massey

4