UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:17-cv-305-MW-GRJ
AUSTIN BROWN,

    Plaintiff,

v.

LAWN ENFORCEMENT AGENCY,
INC. and MICHAEL TROIANO,

    Defendants.
_____/

## DEFENDANTS, LAWN ENFORCEMENT AGENCY, INC. AND MICHAEL TROIANO'S, RESPONSE BRIEF ON ISSUE OF DAMAGES AS TO THE FLSA CLAIM

Defendants, LAWN ENFORCEMENT AGENCY, INC. ("LEA") AND MICHAEL TROIANO ("Mr. Troiano") file this Response Brief on Issue of Damages as to the FLSA Claim, pursuant to the Court's Order Doc. 35, and state as follows:

LEA and Mr. Troiano do not disagree with the amount of liquidated damages of $184.14 and agree that the amount of liquidated damages left to be paid to Plaintiff is $84.14.

With regard to attorney's fees and costs, LEA and Mr. Troiano prevailed on the two Florida law claims, and the Court ruled that Plaintiff never should have brought the Florida claims since LEA and Mr. Troiano resolved the pay discrepancy months before even receiving notice from the Plaintiff. Under § 448.110, Fla Stat. (2017) and § 448.08, Fla. Stat. (2017), the Court may award reasonable attorney's fees and costs to LEA and Mr. Troiano. The Court can also award attorney's fees to LEA and Mr. Troiano under Fed. R. Civ. P. 11(c)(3) upon the Court's own motion. Brown

1

was not the prevailing party in this case,[1] contrary to his claim, and there are issues as to mootness and equitable estoppel as to the entitlement to attorney's fees. LEA and Mr. Troiano seek permission from this Court to have both parties either brief or present oral argument on the issue of entitlement to attorney's fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF electronic delivery or U.S. Mail Delivery to (and all others receiving electronic service) Michael Massey, Massey & Duffy, PPL, 855 East University Ave., Gainesville, FL 32601, on July 30, 2018.

/s/ Juliette Koves

JULIETTE KOVES, ESQ.
Florida Bar Number 963453
jkoves@dsklawgroup.com
Rubern Laboy, Jr.
Florida Bar Number 850381
RLaboy@dsklawgroup.com
de Beaubien, Simmons, Knight
Mantzaris & Neal, LLP
332 North Magnolia Avenue
Post Office Box 87
Orlando, Florida 32802-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845
Attorneys for Defendants

---

[1] In fact, the Court may find that no party was the prevailing party.