| | | |
|---|---|---|
| Friday, August 24, 2018 | 4.3 | finalization of reply |
| Thursday, August 23, 2018 | 6.7 | continued prep. on reply brief and related research/analysis |
| Wednesday, August 22, 2018 | 3.2 | beginning prep. of reply brief |
| Wednesday, August 22, 2018 | 0.1 | r&r of order on reply brief |
| Tuesday, August 21, 2018 | 0.4 | prep. of motion to file reply brief |
| Monday, August 20, 2018 | 0.8 | r&r of defendant's brief on attorneys' fees and analysis of same, including law cited therein |
| Monday, August 6, 2018 | 4.3 | prep. of brief and research re: same |
| Sunday, August 5, 2018 | 2.3 | continued prep. and research re: brief |
| Friday, August 3, 2018 | 1.8 | continued research re: brief and mootness |
| Wednesday, August 1, 2018 | 5.4 | contineued prep. on brief and related research/analysis |
| Tuesday, July 31, 2018 | 4.6 | continued prep of brief and related research re: attorneys' fees |
| Tuesday, July 31, 2018 | 4.1 | prep. of brief and related research |
| Tuesday, July 31, 2018 | 0.1 | r&r of order from court requiring preparation of brief on issue of attorneys' fees |
| Monday, July 30, 2018 | 2.4 | research re: defendant's claim to being prevailing party and/or right under rule 11 to sanctions |
| Monday, July 30, 2018 | 0.1 | r&r of defendant's response to brief on issue of damages |
| Thursday, July 26, 2018 | 0.9 | analysis of whether declaratory judgment is proper and whether there is a "present right" |
| Thursday, July 26, 2018 | 0.4 | research re: applicability of proposal for settlement/rule 68 offer and court's order, including analysis of cases such as james v. walsh and sweat v. cars |
| Wednesday, July 25, 2018 | 1.5 | prep. of supplemental memo re: damages calculations |
| Tuesday, July 24, 2018 | 2.2 | research re: whether per FLSA fees will be impacted for not winning on FMWA, including analysis of proposals for settlement served and re: whether claims are intertwined to allow for all hours expended |
| Tuesday, July 24, 2018 | 1.7 | continued prep/finalization of supplemental memo re: damages |
| Monday, July 23, 2018 | 1.4 | prep. of supplemental memo re: damages |
| Monday, July 23, 2018 | 0.2 | r&r of the court's MFSJ orders, analysis of same |
| Wednesday, July 11, 2018 | 0.3 | prep. of notice of supplemental authority |
| Wednesday, July 11, 2018 | 1.8 | review of possible supplemental authority and analysis of whether it should be filed, case law previously cited by parties and briefings, and local rules about supplemental authroirty |
| Friday, June 22, 2018 | 0.2 | revisions to proposed pretrial/list of exhibits |
| Friday, June 22, 2018 | 0.2 | prep. of exhibit binder for pretrial conference/trial |
| Monday, June 18, 2018 | 0.3 | file/email review re: settlement history |
| Friday, June 15, 2018 | 0.1 | r&r of order denying oral argument |
| Friday, June 15, 2018 | 0.1 | r&r of request for oral argument |
| Friday, June 15, 2018 | 0.1 | prep. of email to assistant to oc with enclosed draft pretrial stip. |
| Friday, June 15, 2018 | 0.4 | continued prep. of proposed pretrial stip |
| Thursday, June 14, 2018 | 0.1 | prep. of reply email to oc's assistance re: pretrial attorneys' conference |
| Thursday, June 14, 2018 | 0.1 | review of order and related file review re: proposed pretrial conference dates |
| Thursday, June 14, 2018 | 0.1 | r&r of email from oc's assistant re: settling pretrial |
| Monday, June 11, 2018 | 0.7 | beginning prep. of pretrial stip. |
| Monday, June 11, 2018 | 0.1 | r&r of mediation report |

| Date | Hours | Description |
|---|---|---|
| Friday, June 8, 2018 | 0.4 | additional research re: claim that payment of $100 moots case, including Arroyave that and Benarvides v. Miami Atlanta Airfreight, Inc.,322 F. App'x 746, 747 (11th Cir. 2009). |
| Friday, June 8, 2018 | 0.2 | review of court orders re: upcoming deadlines |
| Friday, June 8, 2018 | 1.1 | attendance of mediation |
| Friday, June 8, 2018 | 0.6 | meeting with client in prep. for mediation |
| Friday, June 8, 2018 | 0.5 | final prep. for mediation |
| Wednesday, June 6, 2018 | 1.5 | prep. of proposed settlement agreement to present at mediation |
| Wednesday, June 6, 2018 | 1.8 | prep. for mediation Friday and related file review |
| Wednesday, June 6, 2018 | 0.5 | calendaring of pretrial order, related file review |
| Tuesday, June 5, 2018 | 1.3 | prep. of required mediation statement and related file review |
| Tuesday, June 5, 2018 | 0.1 | r&r of notice of mediation |
| Friday, June 1, 2018 | 0.1 | prep. of corr. to oc re: mediation |
| Thursday, May 31, 2018 | 1.7 | continued research re: fee exposure to client per defendant's proposals for settlement/rule 68 offers and caselaw such as yoder brothers 973 So. 2d 625 |
| Wednesday, May 30, 2018 | 0.1 | review of court orders for applicable deadlines and responsibilities |
| Wednesday, May 30, 2018 | 0.1 | prep. of corr. to client re: settlement offer |
| Wednesday, May 30, 2018 | 1.7 | analysis of proposals for settlement/validity thereof including case law research re: same such as jones v. united airspace, 494 f.3d 1306 and James v. Wash Depot 489 F.Supp.2d 1336 |
| Wednesday, May 30, 2018 | 0.1 | r&r of proposals of settlement from defendant |
| Wednesday, May 23, 2018 | 0.1 | prep. of email to oc re: mediator selection |
| Friday, May 11, 2018 | 0.1 | review of deadlines and status of case, prior orders |
| Thursday, May 3, 2018 | 0.4 | prep. of notice of filing additional exhibits |
| Thursday, May 3, 2018 | 0.5 | finalization of summary judgment response |
| Thursday, May 3, 2018 | 4.3 | continued prep of sj motion response and file review/analysis of documents produced |
| Wednesday, May 2, 2018 | 3 | continued work on sj motion, citation checking and drafting |
| Tuesday, May 1, 2018 | 1.2 | continued prep of sj response and caselaw analysis |
| Monday, April 30, 2018 | 4.7 | continued prep. of sj response |
| Tuesday, April 24, 2018 | 1.6 | additional research re: SJ response/case analysis |
| Tuesday, April 24, 2018 | 2.1 | continued prep. of SJ response and related research |
| Monday, April 23, 2018 | 4.2 | prep. of response to defendant's amended SJ motion and related research |
| Monday, April 23, 2018 | 0.2 | r&r of defendants amended SJ motion |
| Wednesday, April 11, 2018 | 0.1 | review of prior cost order and calendaring trial/discovery/mediation deadlines |
| Tuesday, April 10, 2018 | 5.6 | finalization motion/editing sj mediation |
| Monday, April 9, 2018 | 1.1 | checking legal citations and editing SJ motion |
| Monday, April 9, 2018 | 6.4 | continued prep. of SJ motion, related reserch and analysis of facts and issues |
| Sunday, April 8, 2018 | 0.1 | prep. of joint status report |
| Sunday, April 8, 2018 | 4.5 | continued prep. of sj motion and related research |
| Saturday, April 7, 2018 | 3.7 | prep. of SJ motion and related research |

| Date | Hours | Description |
|---|---|---|
| Thursday, March 15, 2018 | 0.1 | prep. of corr. to client re: advantages/disadvantages of early mediation |
| Thursday, March 15, 2018 | 0.5 | analysis of whether early mediation is favorable/strategic and review of case status to date - settlement offers and possible settlement conference benefits |
| Thursday, March 15, 2018 | 0.2 | r&r of scheduling and mediation order |
| Friday, March 9, 2018 | 0.4 | prep. of 2nd rtp |
| Friday, March 9, 2018 | 0.4 | prep. of 2nd roggs to corporate defendant |
| Friday, March 9, 2018 | 0.4 | prep. of 2nd roggs to individual defendant |
| Friday, March 9, 2018 | 0.3 | r&r of RTP response and included documents; analysis of same and related file review |
| Friday, March 9, 2018 | 0.2 | r&r of interrogatory response from defendant; analysis of same |
| Friday, March 9, 2018 | 0.2 | r&r of RFA responses from defendant; analysis of same |
| Wednesday, March 7, 2018 | 0.2 | r&r of signed reports (CMR and status report) from oc, dividing into 2 documents signing and filing |
| Tuesday, March 6, 2018 | 0.2 | revising CMR and joint status report |
| Tuesday, March 6, 2018 | 0.1 | r&r of email from oc re: CMR and status report changes |
| Monday, March 5, 2018 | 0.1 | review of revised CMR, comparison to old |
| Monday, March 5, 2018 | 0.2 | prep. of discovery status report |
| Thursday, March 1, 2018 | 3.5 | research and regarding defendant's claim that case is moot and whether attorney's fees are cut off/mooted |
| Thursday, March 1, 2018 | 0.1 | prep. of email to opposing counsel re: improper tender |
| Thursday, March 1, 2018 | 0.1 | corr. with client. re: settlement offer by defendant |
| Thursday, March 1, 2018 | 0.2 | analysis of defendant's claim that taxes make up the rest of the minimum wages due plaintiff (whether defendant should not have taken taxes out of entire 266.75 b/c 100 of that was uniform expense) |
| Wednesday, February 28, 2018 | 1.9 | research re: defendant's claimed attempt to drop off sums due to plaintiff and best way to handle attorney fee claim or move for judgment per Dionne v. Floormasters and related cases |
| Wednesday, February 28, 2018 | 0.2 | revisions to CMR based on CMC |
| Wednesday, February 28, 2018 | 0.1 | attendance by phone of CMC |
| Wednesday, February 28, 2018 | 0.3 | prep. for CMC |
| Monday, February 26, 2018 | 0.2 | prep. of proposed CMR |
| Monday, February 26, 2018 | 0.2 | prep. of amended initial disclosures |
| Monday, February 26, 2018 | 3.2 | continued prep. of sj motion and related research |
| Friday, February 23, 2018 | 2.1 | prep. of motion for summary judgment including analysis of case |
| Thursday, February 22, 2018 | 0.1 | r&r of initial discolors of defendant |
| Wednesday, February 21, 2018 | 0.1 | phone call with client |
| Tuesday, February 20, 2018 | 0.1 | prep. of response to another email, same issue |
| Tuesday, February 20, 2018 | 0.1 | another email from oc, same issue |
| Tuesday, February 20, 2018 | 0.1 | prep. of email to oc re: same thing |

| Date | Hours | Description |
|---|---|---|
| Tuesday, February 20, 2018 | 0.1 | r&r of another email from oc re: same thing |
| Tuesday, February 20, 2018 | 0.1 | prep. of yet another email to oc re: scheduling CMC/depositions |
| Tuesday, February 20, 2018 | 0.1 | r&r of another email from oc re: scheduling CMC/depositions |
| Tuesday, February 20, 2018 | 0.1 | prep. of reply email to oc re: CMC and deposition of plaintiff |
| Tuesday, February 20, 2018 | 0.1 | r&r of another email from oc re: CMC and deposition of plaintiff |
| Tuesday, February 20, 2018 | 1 | research, in light of defendant's demand for jury trial in its answer, as to whether a good faith defense is a question for the judge or jury and 29 USC 260 |
| Tuesday, February 20, 2018 | 0.1 | prep. of response email to oc, again asking for the 3rd time for dates to set the CMC |
| Tuesday, February 20, 2018 | 0.1 | r&r of email from oc |
| Monday, February 19, 2018 | 2.2 | research (based on defendant's email re: attorneys fees) re: timeliness of unpaid minimum wages and liquidated damages under both state and federal law, finding cases such as Barkely v. Pizza Hug (M.D. Fla., 8/21/2015), 11th circuit opinion of Olson and 29 CFR 790.21(b), 132 Reid v. Solar Corp., 69 F. Supp. 626 (N.D. Iowa); Mid-Continent Petroleum Corp. v. Keen, 157 F. (2d) 310, 316 (C.A. 8), Brooklyn Savings Bank v. O'Neil, 324 U.S. 697; Rigopoulos v. Kervan, 140 F. (2d) 506 (C.A. 2) |
| Monday, February 19, 2018 | 1.1 | r&r of email from oc with attachments; analysis of whether attachments have any legal impact on case and related caselaw |
| Tuesday, February 13, 2018 | 0.8 | prep. of initial disclosures and related file review |
| Tuesday, February 13, 2018 | 0.2 | review of ISO, including notification to filing initial disclosures requirement and related rules |
| Tuesday, February 13, 2018 | 0.3 | finalization of discovery |
| Thursday, February 8, 2018 | 0.2 | r&r of ISO |
| Wednesday, February 8, 2018 | 1.8 | research re: client's exposure to fees/costs under 448.08, etc. and whether that statute applies to an action brought per 448.110 (see Kubiak v. SW Cowboy, Inc., Dist. Court, MD Florida 2017) |
| Wednesday, February 7, 2018 | 1 | prep. of RFA to defendant and related file review |
| Wednesday, February 7, 2018 | 1.1 | prep. of first rtp |
| Wednesday, February 7, 2018 | 1.2 | prep. of first roggs |
| Wednesday, February 7, 2018 | 1.3 | r&r and analysis of defendants' answer and numerous affirmative defenses; related research re: defenses pled such as attorneys fees under f.s. 448.08 (apparently inapplicable) |
| Thursday, February 1, 2018 | 0.7 | research re: amount of notice necessary per Fla. stat. Sec. 448.110(6); caselaw on issue in norther district and whether any have been brought specially under the constitution and the statute |
| Wednesday, January 31, 2018 | 0.1 | prep. email to client re: settlement |
| Tuesday, January 30, 2018 | 0.1 | r&r of order denying MTD as moot |
| Monday, January 29, 2018 | 0.4 | prep. of response to SJ motion |
| Monday, January 29, 2018 | 1.1 | continued prep. of amended complaint taking into consideration good case law (Polycarp) |
| Monday, January 29, 2018 | 1.2 | continued research re: bad law cited by defendant and whether caselaw is actually superseded and/or other cases are superseded |
| Monday, January 29, 2018 | 1 | prep. of amended complaint |

| Date | Hours | Description |
|---|---|---|
| Monday, January 29, 2018 | 1.5 | analysis of SJ motion and related research regarding viability of same, whether law is valid and chances of losing |
| Monday, January 29, 2018 | 0.2 | r&r of summary judgment motion/motion to dismiss and analysis of same, along with attached declaration |
| Thursday, January 18, 2018 | 0.3 | follow up research re: uniforms and Field Operations Handbook §30c12(a) in light of information obtained re: handbook |
| Thursday, January 18, 2018 | 0.1 | prep. of corr. to client re: settlement/facts of case |
| Friday, January 12, 2018 | 0.4 | further research into Martin v. U.S. and related caselaw re: timing of entitlement to liquidated damages |
| Friday, January 12, 2018 | 0.1 | r&r of order on extension |
| Thursday, January 11, 2018 | 0.2 | prep. of NOF return of service and filing same |
| Wednesday, January 10, 2018 | 0.1 | r&r of NOA from counsel for defendants |
| Friday, December 15, 2017 | 1.5 | finalization of complaint and attachments and additional related research re: FLSA coverage and individual liability |
| Wednesday, December 13, 2017 | 2.7 | review of notes from client to refine/edit complaint for uniform issue/timing of payments |
| Tuesday, December 12, 2017 | 1.1 | research re: when payment under FLSA is due |
| Tuesday, December 12, 2017 | 0.2 | prep. of civil cover sheet |
| Tuesday, December 12, 2017 | 0.2 | prep. of summons |
| Tuesday, December 12, 2017 | 1.1 | research re: individual liability and application of that to individuals working for defendant |
| Tuesday, December 12, 2017 | 0.4 | revision of complaint to add state minimum wage claim also |
| Tuesday, December 12, 2017 | 1.3 | research re: defendant's belated payment of $100 and whether that cures flsa violation for uniform and other regulations relating to the uniforms |
| Tuesday, December 12, 2017 | 1.4 | prep. of initial rough draft of complaint |
| Tuesday, December 12, 2017 | 2.2 | research re: applicability of FLSA to defendant and defendant's possible defenses to deduction of uniform costs |
| Monday, November 27, 2017 | 0.2 | email chain corr. with mike trojano re: details of claim |
| Wednesday, November 15, 2017 | 0.2 | prep. of due diligence letter to defendant |
| Thursday, May 25, 2017 | 0.1 | prep. of email to client re: presuit demands and nature of demands already made for money owed |
| Tuesday, May 9, 2017 | 0.1 | prep. of email to client re: another meeting to go over facts/case |
| Wednesday, February 8, 2017 | 2.6 | research re: potential defendants, application of FLSA, apparent coverage and other publicly available facts |
| Wednesday, February 8, 2017 | 0.1 | prep. of follow up email re: employee handbook |
| Wednesday, February 8, 2017 | 0.1 | r&r of email from client with facts |
| Wednesday, February 8, 2017 | 0.2 | email chain with client re: details of case, facts and presuit notice provided by client already |
| Wednesday, January 25, 2017 | 0.9 | initial meeting with client |
| | 162.3 | |