Law Office of Massey & Duffy, PLLC Mail - 052692 Austin Brown v. Lawn Enforcement Agency, et al., Case Number: 1:17-cv-305-MW-GRJ    7/26/18, 6:24 PM

Case 1:17-cv-00305-MW-GRJ   Document 44-9   Filed 08/24/18   Page 1 of 1



Michael Massey <massey@352law.com>

# 052692 Austin Brown v. Lawn Enforcement Agency, et al., Case Number: 1:17-cv-305-MW-GRJ

2 messages

**Koves, Juliette** <jkoves@dsklawgroup.com>    Wed, May 30, 2018 at 10:27 AM
To: "massey@352law.com" <massey@352law.com>

Good Morning Mr. Massey,

Please find attached a Proposal for Settlement/Offer of Judgment from each of my clients.

Julie

### Juliette "Julie" Koves

    Senior Associate



332 North Magnolia Avenue
Orlando, Florida 32801
P 407.422.2454  |  D 407.992.3546
F 407.849.1845  |  www.dsklawgroup.com

This message contains confidential information and is intended only for the individual or entity named. If you are not the named addressee in this e-mail, you are hereby notified that any review, dissemination, distribution, copying, forwarding of this e-mail is prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If verification is required please request a hard-copy version.